| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Douglas Edward Adams |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | Paula Goe Adams |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE |
| Case number (if known) | 3:22-bk-30284-SHB |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **Enrichment Federal Credit Union**<br>Creditor's Name<br><br>**201 S. Illinois Ave.**<br>**P.O. Box 883**<br>**Oak Ridge, TN 37831**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**808 Oglewood Ave Knoxville, TN 37917  Knox County**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $65,817.00 | $46,500.00 | $19,317.00 |
| **Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☑ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☑ Other (including a right to offset)  **Mortgage** | | | |
| Date debt was incurred **Opened 10/21  Last Active 01/22** | Last 4 digits of account number  **0103** | | | |

| Debtor 1 | Douglas Edward Adams | | | Case number (if known) | 3:22-bk-30284-SHB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Paula Goe Adams | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.2 Enrichment Federal Credit Union
*Creditor's Name*

201 S. Illinois Ave.
P.O. Box 883
Oak Ridge, TN 37831
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $132,138.00 $137,700.00 $0.00

> Paula Adams Trustee for Hayden Adams on Real Property located at 7404 Homestead Drive, Knoxville, TN 37918

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset) **Mortgage**

**Date debt was incurred** Opened 05/20 Last Active 01/22    **Last 4 digits of account number** 0102

### 2.3 Knoxville TVA Employees Credit Union
*Creditor's Name*

1409 Centerpoint Blvd.
Knoxville, TN 37932
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $28,998.00 $21,900.00 $7,098.00

> 2015 BMW 535I 48,000 miles
> VIN #WBA5B1C57FG125894

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset) **Vehicle Lien**

**Date debt was incurred** Purchased 12/19/18    **Last 4 digits of account number** 8503

| Debtor 1 | Douglas Edward Adams | | | Case number (if known) | 3:22-bk-30284-SHB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Paula Goe Adams | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.4 Knoxville TVA Employees Credit Union
*Creditor's Name*

1409 Centerpoint Blvd.
Knoxville, TN 37932
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $13,138.00    $15,200.00    $0.00

**2000 Chevrolet Corvette 67,000 miles**
**VIN- 1G1YY32G0Y5118256**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)    **Vehicle Lien**

**Date debt was incurred** Purchased 08/17/18 Refinanced 11/19    **Last 4 digits of account number** 5311

---

### 2.5 Knoxville TVA Employees Credit Union
*Creditor's Name*

1409 Centerpoint Blvd.
Knoxville, TN 37932
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $1,877.00    $3,500.00    $0.00

**2006 BMW 325I 177,600 miles**
**VIN - WBAVB135X6PT19447**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [✓] Other (including a right to offset)    **Vehicle Lien**

**Date debt was incurred** Opened 12/17 Last Active 01/22    **Last 4 digits of account number** 5304

---

| Debtor 1 | Douglas Edward Adams | | | Case number (if known) | 3:22-bk-30284-SHB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Paula Goe Adams | | | | |
| | First Name | Middle Name | Last Name | | |

### 2.6 Palisades Collection LLC
Creditor's Name

P.O. Box 1244
Englewood Cliffs, NJ
07632
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $1,844.71    $270,000.00    $0.00

2818 Fawn Ridge Lane Knoxville,
TN 37938  Knox County
Home & lot

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  **Expired Judgment Lien - Notice Purposes Only**

**Date debt was incurred** 2008    **Last 4 digits of account number** ____

---

### 2.7 SPS
Creditor's Name

P.O. Box 65250
Salt Lake City, UT
84165-0250
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $240,000.00    $270,000.00    $0.00

2818 Fawn Ridge Lane Knoxville,
TN 37938  Knox County
Home & lot

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  **First Mortgage**

**Date debt was incurred** 10/2004    **Last 4 digits of account number** 9194

---

### 2.8 Wilmington Savings Fund Society, FSB
Creditor's Name

for BCAT 2018-20TT
500 Delaware Ave., 11th
Floor
Wilmington, DE 19801
*Number, Street, City, State & Zip Code*

**Describe the property that secures the claim:** $26,000.00    $270,000.00    $0.00

2818 Fawn Ridge Lane Knoxville,
TN 37938  Knox County
Home & lot

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)  **Second Mortgage**

**Date debt was incurred** 2005    **Last 4 digits of account number** ____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$509,812.71**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$509,812.71**

| Debtor 1 | **Douglas Edward Adams** | | | Case number (if known) | **3:22-bk-30284-SHB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Paula Goe Adams** | | | | |
| | First Name | Middle Name | Last Name | | |

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code  
**Buffaloe & Vallejo, PLC**  
**723 S. Main Street**  
**Springfield, TN 37172**

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Corporation Service Co. Registered Agent**  
**for Palisades Collection, LLC**  
**2908 Poston Ave**  
**Nashville, TN 37203**

On which line in Part 1 did you enter the creditor? __2.6__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Corporation Service Co; Registered Agent**  
**for Select Portfolio Servicing, Inc.**  
**2908 Poston Ave.**  
**Nashville, TN 37203-1312**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Craig Peters, President & CEO**  
**of Enrichment Federal Credit Union**  
**201 South Illinois Ave.**  
**Oak Ridge, TN 37831-0883**

On which line in Part 1 did you enter the creditor? __2.1__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Craig Peters, President & CEO**  
**of Enrichment Federal Credit Union**  
**201 South Illinois Ave.**  
**Oak Ridge, TN 37831-0883**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Glenn W. Siler, Registered Agent for**  
**Knoxville TVA Employees Credit Union**  
**1409 Centerpoint Blvd.**  
**Knoxville, TN 37932-1962**

On which line in Part 1 did you enter the creditor? __2.3__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Glenn W. Siler, Registered Agent for**  
**Knoxville TVA Employees Credit Union**  
**1409 Centerpoint Blvd.**  
**Knoxville, TN 37932-1962**

On which line in Part 1 did you enter the creditor? __2.4__

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code  
**Glenn W. Siler, Registered Agent for**  
**Knoxville TVA Employees Credit Union**  
**1409 Centerpoint Blvd.**  
**Knoxville, TN 37932-1962**

On which line in Part 1 did you enter the creditor? __2.5__

Last 4 digits of account number ___

---

| | | |
|---|---|---|
| Debtor 1 | **Douglas Edward Adams** | Case number (if known) **3:22-bk-30284-SHB** |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Paula Goe Adams** | |
| | First Name    Middle Name    Last Name | |

[ ]   Name, Number, Street, City, State & Zip Code
**Knox Co. General Sessions Court Clerk**
**Civil Division**
**P.O. Box 379**
**Knoxville, TN 37901**

On which line in Part 1 did you enter the creditor?  **2.6**

Last 4 digits of account number   **586G**

---

[ ]   Name, Number, Street, City, State & Zip Code
**Knoxville TVA Employees Credit Union**
**P.O. Box 36027**
**Knoxville, TN 37930**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Knoxville TVA Employees Credit Union**
**P.O. Box 36027**
**Knoxville, TN 37930**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Knoxville TVA Employees Credit Union**
**P.O. Box 36027**
**Knoxville, TN 37930**

On which line in Part 1 did you enter the creditor?  **2.5**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Rodger Levenson, President & CEO**
**for Wilmington Savings Fund Society**
**Attn: Corporate Trust**
**500 Delaware Ave., 11th Floor**
**Wilmington, DE 19801**

On which line in Part 1 did you enter the creditor?  **2.8**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**10401 Deerwood Park Blvd**
**Jacksonville, FL 32256**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing, Inc.**
**Bankruptcy Dept.**
**3815 South West Temple**
**Salt Lake City, UT 84115**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Specialized Loan Servicing, LLC**
**P.O. Box 636005**
**Littleton, CO 80163-6005**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number   ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Stephens Millirons, P.C.**
**Attorneys At Law**
**120 Seven Cedars Drive**
**Huntsville, AL 35802**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number   ___

| Debtor 1 | **Douglas Edward Adams** | | | Case number (if known) | **3:22-bk-30284-SHB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Paula Goe Adams** | | | | |
| | First Name | Middle Name | Last Name | | |

[ ]    Name, Number, Street, City, State & Zip Code  
      **Stevens Millirons, PC**  
      **Attorneys At Law**  
      **120 Sevens Cedars Drive**  
      **Huntsville, AL 35802**

On which line in Part 1 did you enter the creditor? __2.2__

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code  
      **The Bank of New York Mellon Trust Co.**  
      **Attn: Corporate Trust MBS Administration**  
      **CWABS, Series 2004-15**  
      **101 Barclay Street**  
      **New York, NY 10286**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code  
      **United Agent Group, Inc.**  
      **Registered Agent for Specialized Loan**  
      **Servicing, LLC**  
      **205 Powell Place**  
      **Brentwood, TN 37027-7522**

On which line in Part 1 did you enter the creditor? __2.7__

Last 4 digits of account number ___